IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

DARIUS DESHAUN POOLE,

     Appellant,

v.

                                         Case No. 5D22-1153
                                         LT Case No. 2016-CF-28593

STATE OF FLORIDA,

     Appellee.

_____/

Decision filed September 27, 2022

3.800 Appeal from the Circuit Court
for Brevard County,
Lisa Davidson, Judge.

Matthew R. McLain, of McLain Law,
P.A., Longwood, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Rebecca Rock
McGuigan, Assistant Attorney
General, Daytona Beach, for
Appellee.

PER CURIAM.

     AFFIRMED.

LAMBERT, C.J., WALLIS and EDWARDS, JJ., concur.